UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

**PAYMENT ADVICES COVER SHEET**
In Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In re: **HANI KASEM**

Debtor(s)

Case No. **1-09-49131-jf**
Chapter: **13**

Please Check the Appropriate Box.

**For Debtor:**

☐ Payment Advices are Attached.
- Number of Payment Advices Attached: _____
- Period Covered: _____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: _____

**For Joint Debtor, if applicable:**

☐ Payment Advices are Attached.
- Number of Payment Advices Attached: _____
- Period Covered: _____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: _____

**For Debtor:**

☑ No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

☐ No Payment Advices are Attached for Some Other Reason. (Attach an explanation)

**For Joint Debtor, if applicable:**

☐ No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

☐ No Payment Advices are Attached for Some Other Reason. (Attach an explanation)

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of _____ sheets, numbered 1 through _____, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor: *Hani Kasem*     Date: **10/17/2009**

Signature of Joint Debtor: _____     Date: _____

Payment Advices Cover Sheet 4/11/06

Deputy Clerk's Initials: _____