| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | tmd3574/kp |
| EASTERN DISTRICT OF NEW YORK | January 22, 2010 |
| ------------------------------------------------------------X | 9:30AM |
| IN RE: | |
| | Chapter 13 |
| HANI KASEM, | Case No: 109-49131-JF |
| Debtor. | |
| ------------------------------------------------------------X | |

## NOTICE OF SETTLEMENT

SIRS:

PLEASE TAKE NOTICE, that an Order of which the within is a true copy will be presented for settlement to the Honorable Jerome Feller, U.S. Bankruptcy Judge, at the United States Bankruptcy Court at 271 Cadman Plaza East, Brooklyn, New York on January 22, 2010, at 9:30AM.

Date:   Jericho, New York
        January 12, 2010

                                            s/ *Krista M. Preuss*
                                            KRISTA M. PREUSS, STAFF ATTORNEY
                                            MARIANNE DEROSA, CHPT 13 TRUSTEE
                                            100 JERICHO QUADRANGLE, STE 208
                                            JERICHO, NY  11753
                                            (516) 622-1340

tmd3574/kp
THIS ORDER RELATES TO A
HEARING HELD ON
DECEMBER 30, 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X   Chapter 13
IN RE:                                                       Case No. 109-49131-JF

HANI KASEM,
                                                     Debtor.   ORDER DISMISSING CASE
---------------------------------------------------------X

UPON the December 11, 2009 written application of Marianne DeRosa, Chapter 13 Trustee, (the "Trustee") seeking entry of an Order dismissing the instant Chapter 13 case pursuant to 11 U.S.C. §1307(c) and due notice of the aforesaid application having been given to all necessary parties; and

WHEREAS, on December 30, 2009, the Trustee appeared, through her attorney Krista M. Preuss, Esq., in support thereof and no one appeared on behalf of the Debtor; and

WHEREAS, the Debtor failed to comply with 11 U.S.C. §521(e)(2)(A)(i) in that the Debtor has failed to provide the Trustee with a copy of a federal income tax return or transcript for the most recent year 7 days before the first meeting of creditors; and

WHEREAS, the Debtor failed to commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1); and

WHEREAS, the Debtor failed to comply with the disclosure requirements of E.D.N.Y. LBR 2003-1; and

WHEREAS, the Debtor failed to appear and be examined at the Section 341 Meeting of Creditors as required by 11U.S.C. §343; and

WHEREAS, each of the foregoing constitutes cause for dismissal of a Chapter 13 case; it is accordingly

ORDERED, that the instant Chapter 13 case be dismissed pursuant to 11 U.S.C. §1307(c) of the Bankruptcy Code.

Dated: Brooklyn, NY
      January   , 2010

_____
Hon. Jerome Feller
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Chapter 13 Case No: 109-49131-JF
IN RE

HANI KASEM,
                                                       CERTIFICATE OF SERVICE
                                                            BY MAIL

                           Debtor.
-----------------------------------------------------------X


          This is to certify that I, Krista M. Preuss, have this day served a true, accurate and correct copy of the within Notice of Settlement and proposed Order Dismissing by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:


HANI KASEM
87-42 166th Street
Jamaica, NY 11432

ISSA I ABDULLAH, ESQ.
7428 5th Avenue
Brooklyn, NY 11209

GE MONEY BANK
RECOVERY MANAGEMENT SYSTEMS CORP
25 S.E. 2nd Avenue, Ste 1120
Miami, FL 33131

This January 12, 2010
/s/ *Krista M. Preuss*
Krista M. Preuss, Staff Attorney
Office of the Standing Chapter 13 Trustee
Marianne DeRosa, Esq.
100 Jericho Quadrangle, Suite 208
Jericho, New York 11753
(516) 622-1340

Index No: 109-49131-JF
UNITED STATES BANKRUPTCY COURT:
EASTERN DISTRICT OF NEW YORK

IN RE

HANI KASEM,

Debtor.

**NOTICE OF SETTLEMENT, ORDER DISMISSING**
**and**
**CERTIFICATE OF SERVICE**

**MARIANNE DeROSA, TRUSTEE**
**100 JERICHO QUADRANGLE, SUITE 208**
**JERICHO, NY  11753**
**(516) 622-1340**